UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CONTROVERSY MUSIC, | ) | |
| DIRTY DRE MUSIC, | ) | |
| LIL VIDAL MUSIC, | ) | |
| CHRYSALIS MUSIC, | ) | |
| NAKED UNDER MY CLOTHES, | ) | **JUDGMENT** |
| UNIVERSAL MUSIC CORP., | ) | |
| EMI APRIL MUSIC INC., | ) | |
| BLACK FOUNTAIN MUSIC, | ) | No. 5:09-CV-488-BR |
| TANK 1176 MUSIC, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH NATHANIEL MASON, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of the Plaintiffs' Motion for Default Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Default Judgment is GRANTED, and that Plaintiffs have and recover of Defendant Joseph Nathaniel Mason the sum of Twelve Thousand Dollars ($12,000), with interest of 0.30 % per annum from the entry of judgment until paid. It is further ordered that Defendant pay Plaintiffs' reasonable attorneys fees and costs in the amount of Two Thousand, Six Hundred Fifty Dollars and Seventy-One Cents ($2,650.71). It is further ordered that Defendant and all persons acting under the direction, control, permission, or authority of Defendant are hereby permanently enjoined and restrained from publicly performing any of the copyrighted musical compositions in the ASCAP repertory, in any place or establishment or by any means, including but not limited to the public performance of such compositions at Defendant's establishment, Club International, controlled, operated, or conducted by Defendant, and from aiding or abetting the public performance of such compositions in any such place, or otherwise, unless duly authorized to do so.

**This judgment filed and entered on June 25, 2010, and served on:**

Michael J. Allen (via CM/ECF Notice of Electronic Filing)
Joseph Nathaniel Mason (via US Mail)

June 25, 2010                    /s/ Dennis P. Iavarone
                                 Clerk of Court